UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WERONIKA E.K. JANCZUK,<br><br>                    Plaintiff,<br><br>           -against-<br><br>UNITED STATES OF AMERICA; STATES, UNITED STATES OF AMERICA – ALL; HARVARD UNIVERSITY,<br><br>                    Defendants. | 24-CV-3343 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 3, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 3, 2024
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge